UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cr-122-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KEVIN MONTRICE DOUGLAS, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion for Early Termination of Probation/Supervised Release.

**ORDER**

**IT IS HEREBY ORDERED** that the government as well as defendant's supervising officer shall respond to defendant's Motion for Early Termination of Supervision (#143) within 14 days.

Signed: February 24, 2021

Max O. Cogburn Jr.
United States District Judge