UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cr-122-MOC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KEVIN MONTRICE DOUGLAS, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion for Early Termination of Probation/Supervised Release. (Doc. No. 143). The Court ordered a response from the Government and defendant's supervising officer. In the response, the Government states that it has conferred with U.S. Probation Officer Kyle Kusmierczyk, who has advised that defendant has adjusted well to Supervised Release and is currently receiving the lowest level of supervision. He is employed and was promoted to supervisor while on Supervised Release. The Government further asserts that defendant appears to have made many positive changes in his life and his risk of violating the terms of supervision at this point is low. The Government states that it, therefore, has no objection to early termination of the defendant's term of supervised release. The Government asserts that the United States Probation Office concurs in this recommendation.

Finding that defendant has shown that he is an excellent candidate for early termination of probation/supervised release, the Court will, therefore, grant defendant's motion.

**ORDER**

**IT IS HEREBY ORDERED** that defendant's Motion for Early Termination of Supervision (Doc. No. 143) is **GRANTED**.

Signed: March 12, 2021

Max O. Cogburn Jr
United States District Judge